UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JAMES H. BRADY,                          :
                                         :
                     Plaintiff,          :
                                         :
          -against-                      :
                                         :
GEOFFREY S. BERMAN,                      :
                                         :
                     Defendant.          :

------------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED: 9/21/2018            │
└─────────────────────────────────┘
```

18-CV-8459 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 3, 2017, a Court in this District enjoined Plaintiff from "filing new actions . . . that relate in any way to the cooperative's air rights appurtenant to his cooperative unit at 450 West 31st Street, New York, New York" and directed that the injunction "should be broadly construed to bar the filing without leave of this Court of any case, against any defendant that has as a factual predicate the cooperative's air rights appurtenant to Plaintiff's penthouse unit, or any of the collateral actions that have arisen from it" (*see Brady v. John Goldman, Esq. et al.*, No. 16-CV-2287, Dkt. 85, *aff'd*, Dkt. 87); and

WHEREAS on September 17, 2018, Plaintiff filed the Complaint in this case, bringing allegations arising out of the air rights of his cooperative unit;

IT IS HEREBY ORDERED THAT:

1.      No later than **October 5, 2018**, Plaintiff must show cause why this case should not be dismissed pursuant to the pre-suit injunction entered in *Brady v. John Goldman, Esq. et al.*, No. 16-CV-2287, Dkt. 85.  If Plaintiff fails to show cause by that time, this case will be dismissed with prejudice.

2.      The Clerk is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

**Date:  September 21, 2018**
**      New York, New York**

**VALERIE CAPRONI**
**United States District Judge**