UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JAMES H. BRADY,

                Plaintiff,

   -v-

GEOFFREY S. BERMAN, United States
Attorney for the Southern District of New York,

                Defendant.
------------------------------------------------------------ x

Case No. 18 Civ. 8459 (VEC)

## DECLARATION OF DARIAN HODGE

      I, DARIAN HODGE, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

      1.      I am a Freedom of Information Act ("FOIA") point of contact in the United States Attorney's Office for the Southern District of New York ("USAO-SDNY").

      2.      My responsibilities include serving as the Freedom of Information Act/Privacy Act ("FOI/PA") contact for the Southern District of New York. In this capacity, I serve as a liaison to the FOIA/PA Staff for the Executive Office for United States Attorneys ("EOUSA") in Washington, D.C, which processes and responds to FOI/PA requests directed to the USAO-SDNY.

      3.      My duties include receiving and reviewing requests made pursuant to FOIA, 5 U.S.C. § 552, and/or the PA, 5 U.S.C. § 552a, for records maintained by, or located in, the USAO-SDNY.

      4.      The statements I make in this declaration are made based on my review of the official files and records of the USAO-SDNY, my own personal knowledge, or knowledge acquired by me in my role as the FOIA point of contact for the USAO-SDNY.

5. On or about November 8, 2018, at the request of Assistant U.S. Attorney Rachael Doud, I searched USAO-SDNY's files to identify any FOIA requests sent directly by James H. Brady to USAO-SDNY, as well as any request from EOUSA to search for records in response to any request from James H. Brady.  My search did not yield any results.

6. On or about November 13, 2018, I requested that EOUSA search its records for any FOIA requests submitted by James H. Brady.  In response, EOUSA provided four emails sent by James H. Brady to the EOUSA email address USAEO.FOIA.Requests@usa.doj.gov, as well as letters sent by EOUSA to Mr. Brady in response to each of those requests.  True and correct copies of those emails and response letters are attached hereto as Exhibits A, B, C, D, E, F, G, and H.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Dated:   November 19, 2018
         New York, New York

By: *(signature)*
DARIAN HODGE
FOIA Officer
U.S. Attorney's Office for Southern District of New York