# EXHIBIT E



**U.S. Department of Justice**

Executive Office for United States Attorneys

---

Freedom of Information and Privacy Staff       Suite 7300, Bicentennial Building         (202) 252-6020
                                                600 E Street, NW                         FAX (202) 252-6047
                                                Washington, DC  20530

January 29, 2018

Jim Brady
bradyny@gmail.com

Request Number: 2018-001716
Date of Receipt: 01/10/2018
Subject of Request: Improper FOIA Request

Dear Jim Brady:

    Your recent request for records from the Executive Office for United States Attorneys (EOUSA) has been received.  Before the Executive Office can begin processing your request, it is necessary for you to correct one or more deficiencies.  Please comply with the paragraph(s) checked below:

1. [ ] A requester must provide a notarized example of his/her signature.  This insures that information pertaining to an individual is released only to that person.  A form is enclosed for your use.

2. [X] The files and records of United States Attorneys are maintained in over one hundred separate offices throughout the United States.  Please identify the specific United States Attorney's office(s), where you believe records may be located.  This would be primarily the district(s) in which a prosecution or litigation occurred.

3. [ ] Your request appears to pertain to state or local matters, the records for which are maintained by state or local agencies and, therefore, are outside the scope of the Act.  You should contact the pertinent state or local agency for a response to your request.

4. [ ] The signature of the requester or subject of the request should be notarized by someone other than the requester or his/her representative.

5. [X] A request must describe the records sought in sufficient detail to allow location of the records with a reasonable amount of effort (i.e., processing the request should not require an unduly burdensome effort or be disruptive of Department operations).  Please provide more specific information about the records you seek, such as appropriate dates, locations, names, nature of the records, etc.

6. [ ] Please note that your original letter was split into separate files ("request"), for Request Number (Listed below), for which you will receive a separate response.

Once you have corrected the above deficiencies, please submit a new request for the documents. When we have received your new, corrected request, we will open a new file for you. **Please send your new, corrected request to the address above.**

This is a final determination and your request for information has been closed. If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following website: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

You may also contact our FOIA Public Liaison at the telephone number listed above for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation service they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 96012 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Kevin Krebs

Assistant Director

Attachment(s)

Form No. 001 - 8/16