```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JAMES H. BRADY,

                Plaintiff,

                18-CV-8459 (VEC)

-against-

                ORDER

GEOFFREY S. BERMAN,

                Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court of Appeals for the Second Circuit has issued a mandate affirming the Court's judgment but remanding the case "to amend its judgment and enter dismissal without prejudice," Dkt. 54;

IT IS HEREBY ORDERED THAT: The Clerk of Court is directed to amend the judgment and enter dismissal without prejudice.

**SO ORDERED.**

Date: April 22, 2021
      New York, New York

               _____
                **VALERIE CAPRONI**
                **United States District Judge**