**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAMES H. BRADY,

                Plaintiff,                18 **CIVIL** 8459 (VEC)

      -against-                    **JUDGMENT**

GEOFFREY S. BERMAN,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Mandate of the Court of Appeals for the Second Circuit dated April 22, 2021 and this Court's Order dated April 22, 2021, Plaintiffs' claims other than those brought pursuant to FOIA are dismissed without prejudice.

**Dated:**  New York, New York
          April 23, 2021

                                                    **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                              **BY:**
                                                        **Deputy Clerk**